UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x

VINCENT CLEMENT, on behalf of himself and all others similarly situated,

                Civil Action No:
                1:23-cv-1848

              Plaintiff,

-v.-

JAYARVEE INC.,

              Defendants.

------------------------------------------------------------------------x

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between all parties that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** July 24, 2023

| For Plaintiff Vincent Clement | For Defendant Jayarvee, Inc. |
|---|---|
| *s/ Mark Rozenberg* <br> Mark Rozenberg <br> Stein Saks, PLLC <br> One University Plaza <br> Hackensack, NJ 07601 <br> Ph: 201-282-6500 <br> mrozenberg@steinsakslegal.com | *s/James E. Doherty* <br> James E. Doherty <br> Herbsman Hafer Weber & Frisch, LLP <br> 494 Eighth Ave 6th floor <br> New York, NY 10001 <br> Ph: 646-795-6074 <br> jamesd@musiclaw.com |

**So Ordered.**
s/Nicholas G. Garaufis

--------------------------------------
**Hon. Nicholas G. Garaufis**
**Date:** 7/28/23